# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136784

WAYNE LAFOUNTAIN,

     Plaintiff-Appellant,

v

     SC: 136784
     CoA: 285297

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of July 1, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2008

_____
Clerk

jm